PS 42
(Rev 07/93)

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

05 SEP 15 AM 9: 48

OFFICE OF THE CLERK

## United States District Court
District of Nebraska

### District of Nebraska

| | |
|---|---|
| United States of America | ) |
| | ) |
| vs | ) |
| Michael Jackson | ) |
| | ) Case No. 8:05CR173 |

### CONSENT TO MODIFY CONDITIONS OF RELEASE

I, Michael Jackson, have discussed with Todd M. Beacom, Pretrial Services Officer, modification of my release as follows:

Modify condition (7)(g) to read....The defendant shall abide by the following restrictions on personal association, place of abode, or travel: Not leave Sarpy, Douglas County, Nebraska or Pottawattamie County, IA.

Modify condition (7)(k) to read...The defendant shall reside at the 12 by 12 House located at 11818 William Street, Omaha, NE, #(402)393-7481 at all times. The defendant shall comply with all rules and regulations of facility. Iu the event that the defendant is discharged for any reason, whatsoever, or leaves the premises of the facility without authorization, the United States Marshal, and/or any law enforcement officer is ordered to take the defendant into custody and pending a prompt hearing before the court to review the conditions of release.

I consent to this modification of my release conditions and agree to abide by this modification.

_____  8·22·05  _____  8/22/05
Signature of Defendant       Date     Pretrial Services Officer    Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____  8/25/05
Signature of Defense Counsel  Date
Bill Bracker

[X]  The above modification of conditions of release is ordered, to be effective on 8/22/05

[ ]  The above modification of conditions of release is not ordered.

_____  9/15/05
Signature of Judicial Officer  Date